# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Jeanifer Elizabeth Meyer, | ) | Case No.: 1:25-cr-00201 |
| | ) | |
| Defendant. | ) | |

On February 12, 2026, the court ordered Defendant conditionally released to Providence House on February 18, 2026. Defendant was to be transported from Burleigh Morton Detention Center to the facility by her sister, Jodi Meyer.

On February 13, 2026, Defendant filed a *Motion to Amend*. (Doc. No. 82). Therein, Defendant advised that Providence House will be transporting another individual from the Burleigh Morton Detention Center to the treatment facility on the same day and are able to transport Defendant as well. Accordingly, Defendant requests the court modify the transportation provision to permit Providence House to transport her in the place of her sister.

The court **GRANTS** Defendant's motion. (Doc. No. 82). Defendant shall be released no earlier than 8:00 AM on February 18, 2026, to a representative of Providence House for immediate transport to the facility. Defendant remains subject to all previously imposed conditions of release.

**IT IS SO ORDERED.**

Dated this 13th day of February, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court